ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
       wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF COLUSA,<br><br>　　Defendant. | Case No: 2:19-cv-01252-TLN-DB<br><br>**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

　　WHEREAS, the parties are interested in resolving this matter without unnecessary litigation;

　　WHEREAS, the parties have scheduled a settlement-protected meeting among all experts and counsel in this case on September 5, 2019, to explore a comprehensive, early resolution of this matter;

　　WHEREAS, Plaintiff has committed to making best efforts to provide Defendant with a written demand, including all injunctive and monetary terms, as well as a draft consent decree on or before September 20, 2019;

　　WHEREAS, Defendant has committed to making best efforts to provide a written response to Plaintiff's demand, including a mark-up of the draft consent decree, on or before October 11, 2019;

WHEREAS, the parties have contacted Magistrate Judge Newman's clerk and obtained Judge Newman's agreement to convene a settlement conference on October 23, 2019.

THEREFORE, the parties request that the Court order the parties to participate in a settlement conference with Magistrate Judge Newman on October 23, 2019 at 9:00 a.m.;

AND THEREFORE, the parties hereby waive any claim of disqualification of the assigned Magistrate Judge on the basis of Magistrate Judge Newman's participation in a settlement conference in this action.

Dated: August 27, 2019     LAW OFFICES OF ANDREW L. PACKARD
                           By: /s/ Andrew L. Packard
                           Andrew L. Packard
                           Attorneys for Plaintiff
                           California Sportfishing Protection Alliance

Dated: August 27, 2019     JONES & MAYER

                           By: /s/ Ryan R. Jones
                           Ryan R. Jones
                           Attorneys for Defendant
                           City of Colusa

## **ORDER**

The parties are ORDERED to participate in a settlement conference with Magistrate Judge Newman on October 23, 2019 at 9:00 a.m. in Courtroom 25, on the 8th floor of the Robert T. Matsui United States Courthouse located at 501 I Street in Sacramento, California.

DATED: August 28, 2019

Troy L. Nunley
United States District Judge