ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COLUSA,<br><br>Defendant. | Case No: 2:19-cv-01252-TLN-DB<br><br>**STIPULATION AND CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE KENDALL J. NEWMAN** |

WHEREAS, the Parties participated in a settlement conference resolving all issues in this case on October 23, 2019 with Magistrate Judge Newman;

WHEREAS, Magistrate Judge Newman agreed to retain continuing jurisdiction over the case for the purposes of entering and enforcing the Consent Decree, and directed the Parties to enter a stipulation consenting to jurisdiction of Magistrate Judge Newman, in accordance with the provisions of Title 28, U.S.C. § 636(c)(1);

THEREFORE, the California Sportfishing Protection Alliance and the City of Colusa hereby consent to jurisdiction of a United States Magistrate Judge;

AND THEREFORE, the Parties request that the Court reassign the case to Magistrate Judge Newman.

Dated: December 27, 2019     LAW OFFICES OF ANDREW L. PACKARD

By: /s/ William N. Carlon
William N. Carlon
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: December 27, 2019     JONES & MAYER

By: /s/ Ryan R. Jones
Ryan R. Jones
Attorneys for Defendant
City of Colusa

# **ORDER**

Good cause existing, IT IS HEREBY ORDERED that the Clerk of the Court shall REASSIGN the case of *California Sportfishing Protection Alliance v. City of Colusa*, Case No. 2:19-cv-01252-TLN-DB to United States Magistrate Judge Kendall J. Newman.

DATED: December 27, 2019

_____
Troy L. Nunley
United States District Judge